**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Mark Farber,                                                                Civil No. 13-1149 (DWF/JSM)

                                    Petitioner,

v.                                                                          **ORDER ADOPTING REPORT
                                                                            AND RECOMMENDATION**

Scott Fisher,

                                    Respondent.


        The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Janie S. Mayeron dated July 9, 2013.  No objections

have been filed to that Report and Recommendation in the time period permitted.  The

factual background for the above-entitled matter is clearly and precisely set forth in the

Report and Recommendation and is incorporated by reference.  Based upon the Report

and Recommendation of the Magistrate Judge and upon all of the files, records, and

proceedings herein, the Court now makes and enters the following:

**ORDER**

        1.      Magistrate Judge Janie S. Mayeron's July 9, 2013 Report and

Recommendation (Doc. No. [6]) is **ADOPTED**.

        2.      This action is **DISMISSED WITHOUT PREJUDICE**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 30, 2013                 s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge